452 A.2d 33

Commonwealth v. Trader, Appellant.
Petition for Allowance of Appeal
Denied Dec. 22, 1982.

Submitted April 7, 1982.

Robert T. Gownley, Jr., Assistant Public Defender, for appellant; Ernest D. Preate, Sr., District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Judgment of sentence affirmed.